CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL PELAYO and HOPE KAMBICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | Case No. 3:23-cv-05833-JD<br><br>**DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date: May 16, 2024<br>Time: 10:00 a.m.<br>Court: 11<br>Judge: Hon. James Donato |

I, Michael T. Houchin, hereby declare as follows:

1.     I am a member in good standing of the State Bar of California and the United States District Court for the Northern District of California. I represent Plaintiffs Israel Pelayo and Hope Kambick ("Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss the First Amended Complaint. I make this Declaration based on my personal knowledge, and if called to testify, I could and would competently testify to the matters contained herein.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of a journal article titled *Potential role of the common food additive manufactured citric acid in eliciting significant inflammatory reactions contributing to serious disease states: A series of four case reports* that was published in the TOXICOLOGY REPORTS JOURNAL on August 9, 2018. This journal article is referenced in Plaintiffs' First Amended Complaint at paragraph 15, footnote 3 and is available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6097542/ Highlighting has been added for emphasis.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of a Food and Drug Administration ("FDA") warning letter that was sent to Hirzel Canning Company on August 29, 2001. I obtained this FDA warning letter from PACER where it was filed on the docket in the matter of *Mason v. Reed's, Inc.*, Case No. 1:18-cv-10826-JGK (S.D.N.Y. 2021) at ECF Number 35-4.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of a FDA warning letter that was sent to Oak Tree Farm Dairy, Inc. on August 16, 2001. I obtained this FDA warning letter from PACER where it was filed on the docket in the matter of *Mason v. Reed's, Inc.*, Case No. 1:18-cv-10826-JGK (S.D.N.Y. 2021) at ECF Number 35-5.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 26th day of February 2024 at San Diego, California.

/s/ *Michael T. Houchin*
Michael T. Houchin